**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:21-cv-20198-KMM

SURAYA STERLING,

     Plaintiff,

v.

CARNIVAL CORPORATION & PLC,

     Defendant.

_____/

**<u>ORDER</u>**

THIS CAUSE came before the Court upon Defendant Carnival Corporation & PLC's ("Defendant") Unopposed Verified Motion to Tax Costs. ("Mot.") (ECF No. 79). Therein, Defendant moves to tax costs against Plaintiff Suraya Sterling ("Plaintiff") in the amount of $3,513.10, pursuant to 28 U.S.C. § 1920 and Federal Rule of Civil Procedure 54(d)(1). *See generally* Mot. Plaintiff does not oppose the Motion. *Id.* at 10–11. The Court referred the matter to the Honorable Lauren F. Louis, United States Magistrate Judge, "to take all necessary and proper action as required by law" with respect to Defendant's Motion. (ECF No. 80). On March 7, 2022, Magistrate Judge Louis issued a Report and Recommendation on Defendant's Verified Motion to Tax Costs ("Report and Recommendation"), recommending that Defendant's Motion be granted. ("R&R") (ECF No. 81) at 5. No objections to the Report and Recommendation were filed and the time to do so has passed. The matter is now ripe for review.

The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Pursuant to 28 U.S.C. § 1920 and Rule 54(d) of the Federal Rules of Civil Procedure, Defendant seeks to recover costs in the amount of $110.00 for service of subpoenas, $2,611.45 related to deposition and transcript fees, and $791.65 for costs incurred in making copies of Plaintiff's medical records and for Defendant's internal copying and printing costs, for total costs requested in the amount of $3,513.10. *See generally* Mot. *See also* R&R at 2–3.

As set forth in the Report and Recommendation, Magistrate Judge Louis found that Defendant is entitled to an award of taxable costs pursuant to 28 U.S.C. § 1920 and Federal Rule of Civil Procedure 54(d) in the amount of $110.00 for service of subpoenas. R&R at 3. Magistrate Judge Louis also found that Defendant is entitled to costs in the amount of $2,611.45 related to court reporter fees and deposition transcription costs. *Id.* at 3–4. Finally, Magistrate Judge Louis found that Defendant is entitled to $791.65 in printing and copying costs because those costs were incurred in making copies of materials necessarily for use in this case, as the records were relevant to Plaintiff's claim of injury. *Id.* at 4–5.

Accordingly, Magistrate Judge Louis recommends that Defendant's Unopposed Verified Motion to Tax Costs be granted, and that Defendant be awarded $3,513.10 in costs, plus interest, from the date of judgment. *Id.* at 5.

This Court agrees.

Accordingly, UPON CONSIDERATION of the Motion, the Report and Recommendation, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that Magistrate Judge Louis's Report and Recommendation (ECF No. 81) is ADOPTED. Consistent with Magistrate Judge Louis's Report and Recommendation, Defendant Carnival Corporation & PLC's Unopposed Verified Motion to Tax Costs (ECF No. 79)

is GRANTED.  Defendant Carnival Corporation & PLC is awarded $3,513.10 in costs, plus interest, from the date of judgment.

DONE AND ORDERED in Chambers, at Miami, Florida this _22nd_ day of March, 2022.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c:  All counsel of record